**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:20-cv-21029-BB

DOUG LONGHINI,

    Plaintiff,
v.

JSJ REALTY HOLDINGS, INC.,

    Defendants.

_____/

**VERIFIED CERTIFICATE OF PLAINTIFF'S COUNSEL REGARDING PRIOR FILINGS UNDER THE AMERICANS WITH DISABILITIES ACT FOR THE SUBJECT PROPERTIES AND DEFENDANTS**

COMES NOW, counsel for Plaintiff, DOUG LONGHINI, hereby files his response to the Court's March 9, 2020 Order Requiring the filing of a Verified Certificate of Counsel Regarding Any Prior Filings Under the Americans With Disabilities Act [D.E. 4]. Undersigned counsel states and verifies the following to the best of his knowledge:

1.    That counsel, in good faith and prior to filing this action, conducted a search of case filings in the records of the Clerk of the United States District Court for the Southern District of Florida to ascertain whether the Defendant or the Defendants' properties and businesses have ever been sued prior to the filing of this suit for alleged violations for the same, similar, or any violations of the Americans With Disabilities Act.

2.    The results of the search concluded that Defendant, JSJ REALTY HOLDINGS, INC. had not been sued prior to the filing of this suit for alleged A.D.A. violations in the United States District Court for the Southern District of Florida.

3.    As to settlement information such is not applicable because the Defendants have not been sued previously for alleged A.D.A. violations in the United States District Court for the

Southern District of Florida.

4.    Undersigned counsel conducted said search of case filings in the records of the Clerk of the United States District Court for the Southern District of Florida in order to verify whether or not any such prior case filings against the Defendants. The search was conducted prior to filing the instant Action and re-verified prior to filing this document.

Pursuant to 28 U.S.C., Section 1746, I declare and verify under penalty of perjury that the foregoing is true and correct and re-certified at the time of filing this pleading.

Dated this 10th day of March, 2020.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305)553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: aquezada@lawgmp.com
ddunn@lawgmp.com

By*: /s/ Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on March 10, 2020.

Respectfully Submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305)553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: aquezada@lawgmp.com
ddunn@lawgmp.com

By: */s/ Anthony J. Perez*
ANTHONY J. PEREZ